UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PAUL YORK, | No. C-15-1521 EMC |
| Petitioner, | |
| v. | **ORDER TO SHOW CAUSE** |
| CLARK E. DUCART, | |
| Respondent. | |

Having considered the papers filed by Petitioner Kenneth Paul York, the Court hereby orders as follows:

1. The habeas petition warrants a response.

2. The Clerk shall serve by mail a copy of this order, the petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk shall also serve a copy of this order on Petitioner.

3. Respondent must file and serve upon Petitioner, on or before 60 days after service of petition, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent must file with the answer a copy of all portions of the court proceedings that have been previously transcribed and that are relevant to a determination of the issues presented by the petition.

///

///

///

4. If Petitioner wishes to respond to the answer, he must do so by filing a traverse with the Court and serving it on Respondent on or before 30 days after service of answer.

IT IS SO ORDERED.

Dated: April 14, 2015

_____
EDWARD M. CHEN
United States District Judge

2