UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PAUL YORK, <br> Petitioner, <br> v. <br> CLARK E. DUCART, <br> Respondent. | Case No. 15-cv-01521-EMC <br><br> **ORDER DENYING PETITIONER'S SECOND MOTION TO RELEASE** <br><br> Docket No. 30 |

Petitioner has filed a second motion to release, asserting that the State has failed to release him in violation of the Court's order of November 6, 2018. *See* Docket No. 29 (order). Respondent filed a response to the motion, maintaining that there was compliance with the Court's order. Having reviewed the parties' briefs and accompanying submissions, the Court hereby **DENIES** Petitioner's motion for relief. Respondent has made a satisfactory showing that the State immediately acted upon the Court's order and offered evidence to support the claim that Petitioner was in fact formally rearrested.

This order disposes of Docket No. 30.

**IT IS SO ORDERED**.

Dated: November 8, 2018

_____
EDWARD M. CHEN
United States District Judge